# Exhibit D

# Deposition Transcript

**Case Number: 24-1456-DAE**
**Date: December 4, 2025**

**In the matter of:**

# ACTON ACADEMY v TIM KENNEDY, et. al.

# Ethan Peters - 30(b)(6)

**CERTIFIED COPY**

Reported by:
Stacy L. Armstrong

**Steno**
**Agency, Inc.**

**315 West 9th Street**
**Suite 807**
**Los Angeles, CA 90015**
**concierge@steno.com**
**(888) 707-8366**
**NV: Firm #108F**

A. My wife.
Q. Your wife wrote the "Meet the Founders" section?
A. Correct.
Q. Did she -- Did anybody help provide her language for those sections?
A. No.
Q. That's original to Angela?
A. Correct.
Q. Did she use any resources to come up with the language?
A. No.
Q. Let's look at the "Our Why" section. Who wrote that?
A. I did.
Q. Was any of this language provided to you?
A. No.
Q. Did you use any sources for that?
A. Just my own experience.
Q. It says in here, "Apogee Lockhart is part of the Apogee Schools network." What does that mean exactly?
A. Apogee Network is an affiliate program. So we're part of the Apogee Network even though we are on our own.

12:39:20 Q. Okay. What does that -- What kind of benefits, if any, does the Apogee Lockhart school receive as a part of being a part of that network, the Apogee Schools Network?
12:39:38 A. Support, name recognition, and, you know, kind of that marketing output are the biggest benefits.
12:39:51 Q. Okay. And has the Apogee Network vetted or -- have they vetted this website, gone through it or, like, audited it?
12:40:07 A. I have no idea.
12:40:11 Q. Okay. So if they did, it would be something you don't know about?
12:40:16 A. Correct.
12:40:21 Q. Is that right?
12:40:21 A. Yeah, correct.
12:40:22 Q. Let's look at "The Apogee Lockhart Vision" section. Do you see that?
12:40:26 A. Mm-hmm. Yes.
12:40:28 Q. Who wrote that?
12:40:30 A. I did.
12:40:31 Q. Did you use any sources?
12:40:35 A. Just my own experience.
12:40:39 Q. Anybody assist you with this language?
12:40:42 A. No, other than Zach Bush.
12:40:46 Q. I'm sorry?